U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Dion Henderson and Deborah Calhoun

v.

City of Chicago, et al.

Case Number:
FILED: JUNE 16, 2008
08CV3458
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW
TG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Dion Henderson and Deborah Calhoun

| NAME (Type or print) |
| --- |
| James M. Baranyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James M. Baranyk |
| FIRM |
| A LAW OFFICE OF CHRISTOPHER R. SMITH |
| STREET ADDRESS |
| 119 N. PEORIA, STE 3A |
| CITY/STATE/ZIP |
| CHICAGO, IL, 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6232337 | 312.432.0400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐