## *United States District Court for the Northern District of Illinois*

Case Number: `08CV3458`         Assigned/Issued By: `DAJ`

Judge Name: `PALLMEYER`         Designated Magistrate Judge: `DENLOW`

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350.00`              Receipt #: `2861637`

Date Payment Rec'd: `06/16/08`     Fiscal Clerk: `DAJ`

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

`3` Original and `0` copies on `06/16/08` as to `CITY OF CHICAGO,`
                                  (Date)
`OFFICER COLLINS, OFFICER MCGREW`

---