IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DION HENDERSON and DEBORAH CALHOUN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 3458 |
| CITY OF CHICAGO, et. al., | ) ) | JUDGE PALLMEYER |
| Defendants. | ) ) | JURY DEMANDED |

### MOTION TO WITHDRAW

Plaintiffs, Dion Henderson and Deborah Calhoun, through one of their attorneys, Jared S. Kosoglad, respectfully seeks leave of this Court to withdraw the appearance of Jared S. Kosoglad as an attorney of record. In support of this motion, plaintiffs state as follows:

1. The undersigned has resigned his position with A Law Office of Christopher R. Smith and will soon practice law as Jared S. Kosoglad, P.C.

2. The undersigned will no longer represent Plaintiffs in the above captioned matter.

3. The instant motion is not intended to delay this proceeding or prejudice any party.

**WHEREFORE**, Plaintiffs respectfully seek the withdrawal of Jared S. Kosoglad as attorney of record in this matter.

                Respectfully submitted,

                Dion Henderson and Deborah Calhoun

                __/s Jared S. Kosoglad_____
                By:    Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3-G
Chicago, Illinois 60607
312-513-6000

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

No attorneys of record have appeared in the above matter.


                s/ Jared S. Kosoglad
                _____
                Jared S. Kosoglad
                120 N. Green Street, Suite 3G
                Chicago, IL 60607
                312-513-6000