IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DION HENDERSON and DEBORAH CALHOUN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 3458 |
| CITY OF CHICAGO, et. al., | ) ) | JUDGE PALLMEYER |
| Defendants. | ) ) | JURY DEMANDED |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, August 28, 2008, at 8:45 a.m., I shall appear before the Honorable Judge Pallmeyer, in the courtroom usually occupied by her, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys

1

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

No attorneys of record have yet appeared in the above captioned matter.

           s/ Jared S. Kosoglad
           _____
           Jared S. Kosoglad
           120 N. Green Street, Suite 3G
           Chicago, IL 60607
           312-513-6000